**UNPUPLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7096**

———————————

DAVID BRYANT WICKS,

                                        Plaintiff - Appellant,

        and

MICHALE A. BOWERS,

                                                Plaintiff,

        versus

LEXINGTON COUNTY JAIL; TALTON TELECOMMUNICATIONS,

                                        Defendants - Appellees,

        and

CAROLINA TELCOM, INCORPORATED,

                                                Defendant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-97-505-3-19BC)

———————————

Submitted:  February 11, 1999      Decided:  February 23, 1999

———————————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David Bryant Wicks, Appellant Pro Se.  Thomas C. R. Legare, Jr., Mark Davis Cauthen, NEXSEN, PRUET, JACOBS & POLLARD, Columbia, South Carolina; Steven Todd Moon, HAYNSWORTH, MARION, MCKAY & GUERARD, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Bryant Wicks appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] See Wicks v. Lexington County Jail, No. CA-97-505-3-19BC (D.S.C. July 2, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

———————————

[*] We also deny Appellee's motion for sanctions.